**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | : | |
|---|---|---|
| **In re:** | : | **Chapter 7** |
| | : | |
| **FLS Concrete, Inc.,** | : | **Case No. 24-13031-AMC** |
| | : | |
| **Debtor.** | : | |
| | : | |

### CERTIFICATE OF SERVICE

I, D. Alexander Barnes, Esquire, attorney for Vimco, Inc., hereby certify that on September 20, 2024, a true and correct copy of the Notice of Appearance and Request for Service of Papers in the above captioned case was served electronically via the Court's CM/ECF system or First Class U.S. Mail upon the attached service list.

                                                        */s/ D. Alexander Barnes*
                                                        D. Alexander Barnes, Esquire

## **SERVICE LIST**

BRAD J. SADEK, ESQ. as counsel for Debtor, FLS Concrete, Inc.
brad@sadeklaw.com

Office of the United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

CHRISTINE C. SHUBERT, Chapter 7 Trustee
christine.shubert@comcast.net

KELLY LYN EBERLE, on behalf of Contractors Hauling Services Inc
keberle@grimlaw.com

KELLY LYN EBERLE, on behalf of JDM Materials Co
keberle@grimlaw.com